**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    15-10598 |
| Plaintiff-Appellee, | D.C. No.<br>4:15-cr-00869-RCC-EJM-1 |
| v. | |
| HUMBERTO VALDEZ-RUIZ, a.k.a.<br>Humberto Ruiz Valdez, a.k.a. Ruiz<br>Valdez-Humberto, | MEMORANDUM* |
| Defendant-Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    15-10599 |
| Plaintiff-Appellee, | D.C. No.<br>4:08-cr-00864-RCC-EJM-1 |
| v. | |
| HUMBERTO VALDEZ-RUIZ, a.k.a.<br>Humberto Ruiz Valdez, a.k.a. Humberto<br>Ruiz-Valdez, a.k.a. Ruiz Valdez-<br>Humberto, | |
| Defendant-Appellant. | |

Appeal from the United States District Court

---

\*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

for the District of Arizona
Raner C. Collins, Chief Judge, Presiding

Submitted March 3, 2017[**]

Before: HUG, FARRIS, and CANBY, Circuit Judges.

In these consolidated appeals, Humberto Valdez-Ruiz appeals from the district court judgment and challenges his guilty-plea conviction and 63-month sentence for re-entry of a removed alien, in violation of 8 U.S.C. § 1326, and the revocation of supervised release and consecutive 7-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Valdez-Ruiz's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Valdez-Ruiz has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED**.

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).